United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael A Kingston, III
    Debtor

Case No. 16-12269-elf
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Stacey | Page 1 of 1 | Date Rcvd: Aug 29, 2016 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2016.
db    +Michael A Kingston, III,   1306 S. Bancroft Street,   Philadelphia, PA 19146-4719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2016 at the address(es) listed below:
    CHRISTINE C. SHUBERT   christine.shubert@comcast.net, J100@ecfcbis.com
    CHRISTINE C. SHUBERT   on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
     J100@ecfcbis.com
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    RAYMOND M. KEMPINSKI   on behalf of Debtor Michael A Kingston, III ray@colemankempinski.com,
     ray@colemankempinski.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                          TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Michael A Kingston, III  : Case No. 16−12269−elf
      Debtor(s)

### ORDER
_____

    AND NOW, this day , August 29, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court